DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICKOLAS WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0092

[October 23, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 95-000066CF10B.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***